**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

_____

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of November, two thousand twenty-two,

_____

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, State Farm Fire And Casualty Company, | **ORDER** Docket Nos: 22-1318(L) |

                                                  22-1362(CON)

          Plaintiffs-Appellees-Cross-Appellants,      22-1386(XAP)

v.

Tri-Borough NY Medical Practice P.C., Metro Pain Specialists P.C., Leonid Shapiro, M.D., Reuven Alon, AKA Rob Alon, Columbus Imaging Center LLC, Medaid Radiology LLC, Yan Moshe, AKA Yan Leviev, Hackensack Specialty ASC LLC, FKA Dynamic Surgery Center LLC, Integrated Specialty ASC LLC, FKA Healthplus Surgery Center LLC,

          Defendants-Appellants-Cross-Appellees,

Mohamed Sayed Ahmed Hassan, P.T., Nile Rehab Physical Therapy, P.C., Mohamed Elsayed Khallaf, P.T., Handy Physical Therapy P.C., Irina Kataeva, P.T., Cityworks Physical Therapy P.C., Mahmoud Ezz Eldeen Shalaby, P.T., Physical Therapy of New York P.C., Amro Mahmoud Barakat, P.T., Barakat PT, P.C., Mohamed Mahmoud Elmandouh, P.T., Protection Physical Therapy P.C., Raouf Akl, P.T, Primavera Physical Therapy, P.C., Ahmed Mahmoud Abdelsh Elmansy, P.T., Sky Limit Physical Therapy, P.C., Geoffrey Allerton Cushman, P.T., PI Physical Therapy, P.C., Sherwin Catugda Paller, P.T., Floral Park Physical Therapy, P.C., Alpeshkumar Manughai Patel, P.T., A. M. Patel Physical Therapy P.C., Leonard Luna, D.C., Kings Chiropractic Wellness, P.C., Jongdug Park, D.C., All About Chiropractic P.C., J Park Chiropractic P.C., Giulio Caruso, D.C., Brook Chiropractic of NY P.C., Integrated Chiropractic of NY P.C., Peter Albis, D.C., PDA NY

Chiropractic P.C., Paul Victor Scarborough, D.C.,
A.O.T. Chiropractic P.C., Evolution Chiropractic P.C.,
Stacy Juyoung Moon, L.Ac., SJM Acupuncture P.C.,
Lyudmila Krupnova, L.Ac., LK Acupuncturist P.C.,
Hyeongsock Choi, L.Ac., Choice Acupuncture PLLC,
Choi-Go Acupuncture PLLC, Peter Kopach, L.Ac., First
Alternative PLM Acupuncture P.C., Edwin Castillo,
L.Ac., Edcas Acupuncture P.C., Longyu Ma, L.Ac.,
Hidden Dragon Acupuncture P.C., Xia Guan, L.Ac.,
Rebound Acupuncture P.C., Regina Moshe, M.D,
Citimedical I, PLLC, Vladimir Nazarov, Right Aid
Medical Supply Corp.,

        Defendants.

_____

        Counsel for APPELLEES-CROSS-APPELLANTS State Farm Fire And Casualty Company and State Farm Mutual Automobile Insurance Company has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 2, 2023 as the brief filing date.

        It is HEREBY ORDERED that Appellees-Cross-Appellants' brief must be filed on or before February 2, 2023. The cross appeal is dismissed effective February 2, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court